# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X)  **PENDING MOTIONS HEARING**

**Presiding Judge: RONALD E. BUSH**

**Deputy Clerk/ESR: Lynette Case**
**Date: AUGUST 29, 2018**                    CV. 18-170-S-REB
**Boise, Idaho**                             10-11:05 am

**JOSEPH G. DAINES, et al,**              Patrick Bageant/Thomas Lloyd,
           Plaintiffs,                     Plaintiffs Counsel,
vs.

**MARK MATSKO, et al,**                   Mike Roe,
           Defendants.                     Attorney for Defendants,

**MOTIONS:**
Court reviewed the record.

**1-Def.'s Motion to Seal (DOC. 5): DENIED as stated on the record.**

**2-Def.'s Motion to Dismiss/Stay (DOC. 6): UNDER ADVISEMENT.**

Court advised counsel shall file no more than a 10 page brief on the issue addressed; Docket Text Order to follow.

**Court shall enter an Order in due course.**