Patrick C. Bageant (ISB No. 10291)
HOLLYSTONE LAW
1775 West State Street, No. 286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: 208-686-8247
Email:     pbageant@hollystonelaw.com

Thomas J. Lloyd III (ISB No. 7772)
ELAM & BURKE, P.A.
251 E. Front St., Suite 300
P.O. Box 1539
Boise, ID 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
E-mail:    tjl@elamburke.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSEPH G. DAINES and SUSAN G. DAINES, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK MATSKO, an individual, and SELWAY ASSET MANAGEMENT, INC., an Idaho corporation,<br><br>Defendants. | Case No.: 1:18-cv-00170-REB<br><br>STIPULATION FOR DISMISSAL |

COME NOW the parties, Plaintiffs Joseph G. and Susan G. Daines, by and through their counsel of record, Patrick C. Bageant of Hollystone Law and Thomas J. Lloyd III of Elam & Burke, P.A., and Defendants Mark Matsko and Selway Asset Management, Inc., by and through their counsel of record, Michael Roe and Alexander McLaughlin of Givens Pursley LLP, pursuant to Federal Rules of Civil Procedure 7(b)(1) and 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the above-captioned case, with prejudice, with each party to bear its own costs and

fees. The parties further stipulate to the jurisdiction of this Court on any post-dismissal motions and/or the terms of this dismissal.

Dated this 6th day of ~~January~~ February, 2019.

*[signature]*

Patrick C. Bageant (ISB No. 10291)
HOLLYSTONE LAW
1775 West State Street, No. 286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: 208-686-8247
Email:     pbageant@hollystonelaw.com

Thomas J. Lloyd III (ISB No. 7772)
ELAM & BURKE, P.A.
251 E. Front St., Suite 300
P.O. Box 1539
Boise, ID 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
E-mail:    tjl@elamburke.com

*Attorneys for Plaintiffs*

Dated this 7th day of ~~January~~ February, 2019.

*[signature]*

Michael Roe (ISB No. 4490)
Alexander McLaughlin (ISB No. 7977)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, ID 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email:     mor@givenspursley.com
           apm@givenspursley.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February, 2019, I filed the foregoing with the Court's CM/ECF system, which will cause it to be served electronically upon all counsel of record:

Michael Roe (ISB No. 4490)
Alexander McLaughlin (ISB No. 7977)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, ID 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
Email: mor@givenspursley.com
apm@givenspursley.com

          /s/ Thomas J. Lloyd III
          Thomas J. Lloyd III

**STIPULATION FOR DISMISSAL – 3**
14516641_2